GEORGE B. GREENE, Appellant, *v.* ELISABETH G. BROWN, Respondent.

Argued October 5, 1939; decided October 20, 1939.

*Kenneth W. Anderson* for appellant.

*Royal E. Mygatt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.